# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153252 & (3)(5)

TEJINDER SINGH and ANTHONY RISSAS,
      Plaintiffs,

v                                       SC: 153252

BOARD OF LAW EXAMINERS,
      Defendant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The motion to dismiss is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 8, 2016 _____



d0405

Clerk